

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2019

No. 04-18-00849-CV

Craig Erich **HEILMANN**,
Appellant

v.

Deanna Rae **HEILMANN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CI-02542
Honorable Laura Salinas, Judge Presiding

# O R D E R

The unopposed motion to extend time to hold hearing filed by Judge John Gabriel is hereby GRANTED. Time is extended to April 18, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2019.

KEITH E. HOTTLE,
Clerk of Court